UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0602 AG (FMOx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | BALLARD v. BANK OF AMERICA CORPORATION, DOES 1 TO 20 | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Carolyn Ballard ("Plaintiff") sued Defendant Bank of America Corporation ("Defendant") in state court. Defendant timely removed to this Court, alleging that this Court has diversity jurisdiction.

But Defendant fails to allege the state in which Defendant is incorporated. Because Defendant is a corporation, Defendant is required to state both the state of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c). A corporation incorporated in one state with its principal place of business ("PPB") in another state is a citizen of both states, and it can sue or be sued in diversity actions only if no opposing party is a citizen of either state. *Bank of Calif. Nat'l Ass'n v. Twin Harbors Lumber Co.*, 465 F.2d 489, 491-92 (9th Cir. 1972). This acts as an important limitation on federal diversity, decreasing the chances of diversity jurisdiction. William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe, FEDERAL CIVIL PROCEDURE BEFORE TRIAL 2:293 (Rutter Group 2007).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0602 AG (FMOx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | BALLARD v. BANK OF AMERICA CORPORATION, DOES 1 TO 20 | | |

Because Defendant fails to allege Defendant's state of incorporation, it is impossible for the Court to tell whether diversity exists.  Defendant has not properly alleged diversity jurisdiction.

The Court will dismiss this case for lack of subject matter jurisdiction unless within 10 days of this Order, Defendant files a brief showing why this case should not be dismissed for lack of subject matter jurisdiction.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |